CAMDEN SAFE DEPOSIT AND TRUST COMPANY, substituted trustee, &c., et al., respondents,

*v.*

ROBERT BIDDLE FRISHMUTH, JR., et al., appellants.

[Decided February 6th, 1939.]

*Mr. William D. Lippincott,* for the complainants-respondents.

*Messrs. Norcross & Farr (Mr. Thomas M. Farr,* of counsel), for the defendants-appellants, Robert Biddle Frishmuth, Jr., et al.

*Messrs. Curry & Purnell,* for the defendants-respondents, Edna F. Fitler et al.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Davis and reported in *123 N. J. Eq. 245.*

*For affirmance*—THE CHIEF-JUSTICE, PARKER, CASE, BODINE, HEHER, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, WALKER, JJ. 13.

*For reversal*—None.